**IT IS ORDERED**

**Date Entered on Docket: December 14, 2021**



_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Jesus J. Gomez

    Debtor                                     No. 13-20-11260 TA

**STIPULATED ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIOC STAY OF IDAHO HOUSING AND FINANCE ASSOICATION**

**THIS MATTER** came before the Court on the stipulation of the debtor, by and through attorney, Christopher L. Trammell, counsel for Idaho housing and Finance Asssociation, Elizabeth V. Friedenstein, and the Chapter 13 Trustee, Tiffany M. Cornejo,

**IT IS THEREFORE ORDERED that:**

1. All issues regarding the Motion for Relief from Automatic Stay of Idaho Housing and Finance Association have been resolved.

2. The final hearing on the motion for relief from stay scheduled for December 7, 2021, at 1:30 pm, is hereby vacated.

1

### END OF ORDER ###

Submitted and approved:

/s/ Christopher L. Trammell
Christopher L. Trammell
Attorney for Debtor
3900 Juan Tabo Blvd NE
Albuquerque, NM 87111
(505) 294-0131
cltlaw@comcast.net

Approved:

/s/Tiffany M. Cornejo approved via e-mail on 12-6-21
Tiffany M. Cornejo
Chapter 13 Trustee
625 Silver SW, Ste. 350
Albuquerque, NM 87102
(505) 243-1335
fax (505) 247-2709
orders@ch13nm.com

/s/Elizabeth Friedenstein approved via e-mail on 12-6-21
Elizabeth v. Freidenstein, #141568
Weinstein & Riley, P.S.
Attorney for Movant
2501 San Pedro Dr. NE
Bldg. A, Suite 102
Albuquerque, NM 87110
505-348-3075
Fax: 505-214-5116
Email: ElizabethF@w-legal.com


Copies to:

Jesus J. Gomez
10425 Peno Place NW
Albuquerque, NM 87114